1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5    STEVEN WAYNE BONILLA,                    Case Nos.  22-cv-4905-PJH

6                    Plaintiff,                          22-cv-4971-PJH

                                                         22-cv-4999-PJH
7              v.
                                                         22-cv-5010-PJH
8                                                        22-cv-5074-PJH
     JUDGE WILKEN, et. al.,
9                                                        22-cv-5076-PJH
                    Defendants.
                                                         22-cv-5078-PJH
10                                                       22-cv-5120-PJH

11                                                       22-cv-5125-PJH

                                                         22-cv-5127-PJH
12
                                                         22-cv-5129-PJH
13                                                       22-cv-5130-PJH

14                                                       22-cv-5131-PJH

15                                            ORDER DISMISSING MULTIPLE
                                              CASES WITH PREJUDICE
16

17        Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

18   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

19   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

20   YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

21   *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

22        Plaintiff presents nearly identical claims in these actions.  He names as

23   defendants dozens of federal and state judges and various state courts.  He seeks relief

24   regarding his underlying conviction or how his other cases were handled by the state and

25   federal courts.

26        To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

27   he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

28

United States District Court
Northern District of California

1   "under imminent danger of serious physical injury" at the time he filed his complaint.  28

2   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

3   No. 13-0951 CW.

4          The allegations in these complaints do not show that plaintiff was in imminent

5   danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

6   IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

7   U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

8   *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

9   828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

10  prejudice.

11         Furthermore, these are not cases in which the undersigned judge's impartiality

12  might be reasonably questioned due to the repetitive and frivolous nature of the filings.

13  *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

14  reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

15  assigned to that judge).[1]

16         The clerk shall terminate all pending motions and close these cases.  The clerk

17  shall return, without filing, any further documents plaintiff submits in these closed cases.

18         **IT IS SO ORDERED.**

19  Dated: September 12, 2022

20

21                                                        */s/ Phyllis J. Hamilton*

22                                                      PHYLLIS J. HAMILTON
                                                        United States District Judge

23

24

25

26

27  ───────────────────
    [1] Plaintiff names the undersigned as defendant in two of these cases, though presents no
28  specific allegations.  Case Nos. 22-cv-4971-PJH, 22-cv-5010-PJH.  Plaintiff does not
    seek recusal, nor is recusal warranted in light of the frivolous nature of the cases.

United States District Court
Northern District of California